**RILEY v. STATE.**

No. 26808.

Court of Criminal Appeals of Texas.

Feb. 10, 1954.

---

Ayres K. Ross, Austin, for appellant

Wesley Dice, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the possession of whiskey in a dry area for the purpose of sale, with a prior conviction alleged to enhance the punishment; the punishment, 18 months in jail and a fine of $1,500.

■ The statement of facts appearing in the record was not filed with the clerk of the trial court as required by Article 759a, § 4, Vernon's Ann.C.C.P. Therefore, the statement of facts and the informal bills of exception indexed therein cannot be considered.

■ The complaint and information, as well as all matters of procedure, appear regular; therefore, nothing is presented for review.

The judgment of the trial court is affirmed.